IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAYMOND BLOW, | 1:07-CV-01355-AWI-GSA-PC |
| Plaintiff, | ORDER DISREGARDING MOTION FOR INJUNCTIVE RELIEF, MOTION FOR EXTENSION OF TIME, AND MOTION FOR RECONSIDERATION |
| vs. | |
| BUREAU OF PRISONS, et al., | (Docs. 26, 27, 28) |
| Defendants. | |
| _____/ | |

Plaintiff Jimmy Raymond Blow ("plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed a civil rights action at this court pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971) on September 17, 2007. On November 16, 2007, this court transferred this action to the United States District Court for the Eastern District of Texas, and it was received by the court in Beaumont, Texas, on November 20, 2007. On November 27, 2007, plaintiff filed a Motion for Injunctive Relief, a Motion for Extension of Time, and a Motion for Reconsideration. In all three motions, plaintiff primarily complains of lack of access to the law library at USP Atwater where he is currently incarcerated. He also complains of lack of access to legal materials, photocopies, and writing materials needed to litigate his case. Plaintiff does not specify what deadline he wishes the court to extend, nor does he specify what he wishes the court to reconsider.

In light of the fact that this action has been transferred to another district, this court lacks jurisdiction over these matters. See 28 U.S.C. § 1391(b). Therefore, plaintiff's motions shall be

1

1  disregarded by this court.  Due to the transfer of his case, plaintiff is advised that he should bring any
2  such motions before the United States District Court for the Eastern District of Texas, 300 Willow
3  Street, Beaumont, Texas 77701, using the case number 1:07-cv-0905.
4     Based on the foregoing, it is HEREBY ORDERED that:
5     1.   Plaintiff's motion for injunctive relief is DISREGARDED;
6     2.   Plaintiff's motion for extension of time is DISREGARDED; and
7     3.   Plaintiff's motion for reconsideration is DISREGARDED.

9     IT IS SO ORDERED.
10    Dated:   **November 29, 2007**              /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

2