IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAYMOND BLOW, | 1:07-CV-01355-AWI-GSA-PC |
| Plaintiff, | ORDER DISREGARDING MOTIONS FOR INJUNCTIVE RELIEF |
| BUREAU OF PRISONS, et al., | (Docs. 31, 32) |
| Defendants. | |

Plaintiff Jimmy Raymond Blow ("plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed a civil rights action at this court pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971) on September 17, 2007. On November 16, 2007, this court transferred this action to the United States District Court for the Eastern District of Texas, and it was received by the court in Beaumont, Texas, on November 20, 2007.

On December 3, 2007, plaintiff filed two motions for injunctive relief. Plaintiff requests a court order for the Bureau of Prisons to place him in a facility where he will be protected pending a final decision in this action.

In light of the fact that this action has been transferred to another district, this court lacks jurisdiction over these matters. See 28 U.S.C. § 1391(b). Therefore, plaintiff's motions shall be disregarded by this court. Due to the transfer of his case, plaintiff is advised that he should bring any

such motions before the United States District Court for the Eastern District of Texas, 300 Willow Street, Beaumont, Texas 77701, using the case number 1:07-cv-0905.

Based on the foregoing, it is HEREBY ORDERED that plaintiff's motions for injunctive relief are DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   December 4, 2007**                              /s/ Gary S. Austin
                                                                          UNITED STATES MAGISTRATE JUDGE